UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANITA VALENZUELA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>OAK HARBOR FREIGHT LINES, INC., and DOES I-X,<br><br>　　　　　Defendants. | Case No. 3:09-cv-00174-HDM-VPC<br>ORDER GRANTING<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties, by and through their undersigned counsel of record, stipulate to dismiss with prejudice any and all claims in the above-captioned matter, with each

///
///
///
///
///
///
///

1  party to pay its/her own attorney's fees, costs and expenses.

2

3  Dated: November 18, 2010.                    Dated: November 30, 2010.

4                                               McDONALD CARANO WILSON LLP

5

6  By: _____      By: _____
       Mark Mausert                             Miranda Du
7      930 Evans Avenue                         Megan Starich
       Reno, NV 89512                           McDonald Carano Wilson LLP
8                                               100 W. Liberty Street, 10th Floor
   Attorney for Plaintiff                      Reno, NV 89501
9  ANITA VALENZUELA

10                                              Attorneys for Defendant
                                                OAK HARBOR FREIGHT LINES, INC.
11

12                                    **ORDER**
    The parties' stipulation is GRANTED.  The jury trial set for
13  Tuesday, January 4, 2011 is hereby VACATED.
        IT IS SO ORDERED.
14

15                                              DATED: _December 3,_____2010.

16
                                                _Howard D. McKibben_____
17
                                                UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

2